Jennifer Lynch (SBN 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, <br><br> Defendant. | Case No.: 12-cv-0164 LB <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** <br><br> Courtroom 4, 3rd Floor <br> Hon. Laurel Beeler |

JENNIFER LYNCH (SBN 240701)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : ELECTRIC FROUNTIER FOUNDATION
Defendant : U.S. DEPARTMENT OF TRANSPORTATION

Ref#: 302430        *   **PROOF OF SERVICE**   *   Case No.: CV 12 0164 LB

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT FOR INJUNCTIVE RELIEF FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552; CIVIL COVER SHEET; OAKLAND DIVISIONAL OFFICE OF THE UNITED STATES DISTRICT COURT LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served      : DEPARTMENT OF JUSTICE

    By serving        : Tiffany Chiu, Paralegal

    Address           : Office of the U.S. Attorney
                        450 Golden Gate Avenue
                        San Francisco, CA 94102

    Date of Service:  January 10, 2012

    Time of Service:  2:42 PM

Person who served papers:
MARY SCHWAB
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $60.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1010
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 12, 2012                 Signature _Mary Schwab_