| | |
|---|---|
| 1 | Jennifer Lynch (SBN 240701) |
| 2 | *jlynch@eff.org* |
|   | ELECTRONIC FRONTIER FOUNDATION |
| 3 | 454 Shotwell Street |
|   | San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333 |
|   | Facsimile: (415) 436-9993 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | ELECTRONIC FRONTIER FOUNDATION |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC FRONTIER FOUNDATION,   )   Case No.: 12-cv-0164 LB
                                  )
                     Plaintiff,   )   **PROOF OF SERVICE**
                                  )
          v.                      )   Courtroom 4, 3rd Floor
                                  )   Hon. Laurel Beeler
U.S. DEPARTMENT OF TRANSPORTATION,)
                                  )
                     Defendant.   )
                                  )

## PROOF OF SERVICE

I, Stephanie Shattuck, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 454 Shotwell Street, San Francisco, California 94110.

On JANUARY 10, 2012, I served the following documents:

- Complaint for Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552
- Summons in a Civil Action
- Welcome to the Oakland Divisional Office of the United States District Court
- ECF Registration Information Handout
- Consent/Declination to Proceed Before US Magistrate Judge
- Notice of Assignment to a US Magistrate Judge for Trial
- Judge Beeler's Standing Orders
- Standing Order for All Judges of the Northern District of California
- Order Setting Initial Case Management Conference and ADR Deadlines

on the person(s) below as follows:

X   By United States Registered Mail- I enclosed the documents in a sealed envelope addressed to:

Attorney General of the United States
DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 12, 2012.

*/s/ Stephanie Shattuck*
Stephanie Shattuck