1  Jennifer Lynch (SBN 240701)
2  *jlynch@eff.org*
   ELECTRONIC FRONTIER FOUNDATION
3  454 Shotwell Street
   San Francisco, CA 94110
4  Telephone: (415) 436-9333
   Facsimile: (415) 436-9993
5
   Attorneys for Plaintiff
6  ELECTRONIC FRONTIER FOUNDATION

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   ELECTRONIC FRONTIER FOUNDATION,  )   Case No.: 12-cv-0164 LB
12                                  )
                                    )
13                       Plaintiff, )   **PROOF OF SERVICE**
                                    )
14         v.                       )   Courtroom 4, 3rd Floor
                                    )   Hon. Laurel Beeler
15 U.S. DEPARTMENT OF TRANSPORTATION,)
                                    )
16                       Defendant. )
                                    )

17

...

PROOF OF SERVICE
CASE NO.: 12-CV-0164 LB

# PROOF OF SERVICE

I, Stephanie Shattuck, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 454 Shotwell Street, San Francisco, California 94110.

On JANUARY 10, 2012, I served the following documents:

- Complaint for Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552
- Summons in a Civil Action
- Welcome to the Oakland Divisional Office of the United States District Court
- ECF Registration Information Handout
- Consent/Declination to Proceed Before US Magistrate Judge
- Notice of Assignment to a US Magistrate Judge for Trial
- Judge Beeler's Standing Orders
- Standing Order for All Judges of the Northern District of California
- Order Setting Initial Case Management Conference and ADR Deadlines

on the person(s) below as follows:

X   By United States Registered Mail- I enclosed the documents in a sealed envelope addressed to:

U.S. Department of Transportation
1200 New Jersey Ave., S.E.
Washington, DC  20590

and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 12, 2012.

*Stephanie Shattuck* (signature)
Stephanie Shattuck