UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                                  CASE NO.
Plaintiff(s),

v.                                NOTICE OF NEED FOR ADR PHONE
                                                  CONFERENCE

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐     have not yet reached an agreement to an ADR process
☐     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|-----------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____                                    ___Jennifer Lynch_____
                                                                 Attorney for Plaintiff

Dated:_____                                    _____
                                                                  Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer Lynch, hereby declare pursuant to General Order 45(X)(B) that I have obtained Defendant's concurrence in the filing of this document from Jennie Kneedler, Counsel for Defendant.

Executed on May 15, 2012, in San Francisco, California.

*/s/ Jennifer Lynch*
Jennifer Lynch

\*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on May 15, 2012, in San Francisco, California.

*/s/ Jennifer Lynch*
Jennifer Lynch