```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
```

ELECTRONIC FRONTIER FOUNDATION,

       Plaintiff,

  v.

U.S. DEPT OF TRANSPORTATION,

       Defendant.

NO. C 12-00164 CW

**MINUTE ORDER**
Date: May 30, 2012

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley    Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Jennifer Lynch; Mark Rumold

**Appearances for Defendant:**
Jennie Kneedler

**Initial Case Management Conference - HELD**

Notes: The Court sets today as the deadline to add additional parties or claims; 7/15/2012 as the deadline to complete the first round of production of documents and for further meet and confer about next round and about consent to Magistrate Judge.

Next court date is 7/25/2012 at 2:00 p.m. for case management conference.

Copies to:   Chambers