IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Case No.: 12-cv-0164 CW<br><br>**ORDER** |

Upon consideration of the Joint Case Management Statement filed by the parties on July 18, 2012, the Court hereby ORDERS the following:

1. By August 15, 2012 Defendant will release the records associated with approximately 25 COAs, or notify Plaintiff of the complete or partial withholding of any of these records;

2. By September 15, 2012 Defendant will release the records associated with approximately 125 COAs, or notify Plaintiff of the complete or partial withholding of any of these records;

3. On or before September 15, 2012, the parties will confer regarding a date by which Defendant will process and produce another round of documents responsive to Plaintiff's

FOIA request.

**4.** The Case Management Conference scheduled for July 25, 2012 at 2:00 p.m. **is reset to Wednesday, September 26, 2012.**

IT IS SO ORDERED.

Date: __7/20/2012__         _____
                             Hon. Claudia Wilken
                             United States District Judge