IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 12-cv-0164 CW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| DEPARTMENT OF TRANSPORTATION, | |
| Defendant. | |

Upon consideration of the Joint Case Management Statement filed by the parties on September 19, 2012, the Court hereby ORDERS the following:

1. By October 26, 2012 Defendant will release the records associated with approximately 100 COAs, or notify Plaintiff of the complete or partial withholding of any of these records;

2. On or before October 26, 2012, the parties will confer regarding a date by which Defendant will process and produce another round of documents responsive to Plaintiff's FOIA request;

3. The Case Management Conference scheduled for September 26, 2012 at 2:00 p.m. is reset

to November 7, 2012.

IT IS SO ORDERED.

Date: ___9/24/2012___

Hon. Claudia Wilken
Chief United States District Judge