1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) Case No.: 12-cv-0164 CW |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
| v. | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |
| | ) |

12

13

14

15

16

17

18

19

20

Upon consideration of the Joint Case Management Statement filed by the parties on September

21

19, 2012, the Court hereby ORDERS the following:

22

1. By October 26, 2012 Defendant will release the records associated with approximately 100

23

COAs, or notify Plaintiff of the complete or partial withholding of any of these records;

24

2. On or before October 26, 2012, the parties will confer regarding a date by which Defendant

25

will process and produce another round of documents responsive to Plaintiff's FOIA

26

request;

27

3. The Case Management Conference scheduled for September 26, 2012 at 2:00 p.m. is reset

28

1      to November 7, 2012.

2

3    IT IS SO ORDERED.

4
     Date: _____9/24/2012_____

5                                              Hon. Claudia Wilken
                                               Chief United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28