IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF TRANSPORTATION, <br><br> Defendant. | Case No.: 12-cv-0164 CW <br><br> **ORDER** |

Upon consideration of the Joint Case Management Statement filed by the parties on October 31, 2012, the Court hereby ORDERS the following:

1. by November 30, 2012, Defendant will release the records associated with approximately 15-20 COAs, or notify Plaintiff of the complete or partial withholding of any of these records. Based on information currently available, Defendant anticipates that this release will include records associated with COAs issued to the FBI and other law enforcement agencies;

2. by mid to late January 2013, Defendant will release the records associated with approximately 20-25 COAs, or notify Plaintiff of the complete or partial withholding of any of these records;

3. The parties will file a joint status report with the Court on or before January 31, 2013 informing the Court of the status of remaining unproduced records and the status of the case.

IT IS SO ORDERED.  The case management conference is vacated.

Date:  11/5/2012

Hon. Claudia Wilken
Chief United States District Judge