**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPT OF TRANSPORTATION,<br><br>    Defendant.<br>_____/ | No. C 12-00164 CW<br><br>**MINUTE ORDER**<br>Date: February 20, 2013 |
| ELECTRONIC FRONTIER,<br><br>    Plaintiff,<br><br>  v.<br><br>US DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant.<br>_____/ | NO. C 12-05581 CW |

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley    Court Reporter:** Julie Ralston

**Appearances for Plaintiff:**
Jennifer Lynch

**Appearances for Defendant:**
Jenie Kneedler appearing via CourtCall

**Case Management Conference -** HELD

Notes: The Court directs counsel to meet and confer in an effort to come up with a workable plan.  If they are unable to do so within two weeks, the Court will refer the matter to a Magistrate Judge for resolution.  The Court further directs counsel to come up with a summary judgment briefing schedule.

Next court date is 5/1/2013 at 2:00 p.m. for case management conference.

Copies to:  Chambers