IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case Nos.: 12-cv-0164/ 12-cv-5581 CW |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER |
| v. ) | |
| DEPARTMENT OF TRANSPORTATION, ) | |
| Defendant. ) | |

Upon consideration of the Joint Case Management Statement filed by the parties on February 17, 2014, the Court hereby ORDERS the following:

1. The Case Management Conference scheduled in these matters for February 26, 2014 at 2:00 p.m. is VACATED;

2. A Case Management Conference is scheduled in these matters for April 23, 2014 at 2:00 p.m.;

3. The parties shall file a joint case management statement on or before April 16, 2014 in

which Defendant will describe the progress it has made in processing the two FOIA requests at issue in these cases.

IT IS SO ORDERED.

Date: 2/19/2014

_____
Hon. Claudia Wilken
Chief United States District Judge