IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF TRANSPORTATION, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | Case Nos.: 12-cv-0164/ 12-cv-5581 CW<br><br>[PROPOSED] ORDER |

  Upon consideration of the Joint Case Management Statement filed by the parties on August 27, 2014, the Court hereby ORDERS the following:

1. The Case Management Conference scheduled in these matters for September 3, 2014 at 2:00 p.m. is VACATED;

2. A Case Management Conference is scheduled in these matters for October 1, 2014 at 2:00 p.m.;

3. The parties shall file a joint case management statement on or before September 24, 2014

that addresses whether any further proceedings will be necessary, and, if so, a proposed schedule for those proceedings

IT IS SO ORDERED.

Date: _____8/28/2014_____

_____
Hon. Claudia Wilken
Chief United States District Judge