Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA  94109
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

*Attorney for Plaintiff*
*Electronic Frontier Foundation*

JOYCE R. BRANDA
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
JENNIE L. KNEEDLER, D.C. Bar No. 500261
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-8662
Facsimile:  (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov

*Attorneys for Defendant*
*United States Department of Transportation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Case No:   12-cv-0164 CW<br>            (Related Case: 12-cv-5581 CW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Claudia Wilken |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Electronic Frontier Foundation and Defendant the United States Department of Transportation hereby stipulate and agree to the dismissal of this action with prejudice.

DATED: December 4, 2014                Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* | JOYCE R. BRANDA |
| ELECTRONIC FRONTIER FOUNDATION | Acting Assistant Attorney General |
| Jennifer Lynch, Esq. | ELIZABETH J. SHAPIRO |
| 815 Eddy St. | Deputy Branch Director |
| San Francisco, CA  94109 | |
| Telephone:  (415) 436-9333 | */s/ Jennie L. Kneedler* |
| Facsimile:  (415) 436-9993 | Jennie L. Kneedler |
| | Trial Attorney |
| *Attorney for Plaintiff* | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | P.O. Box 883 |
| | Washington, D.C.  20044 |
| | Telephone: (202) 305-8662 |
| | Facsimile:  (202) 616-8470 |
| | E-mail: Jennie.L.Kneedler@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

### DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)

I, Jennifer Lynch, attest that I have obtained the concurrence of Jennie L. Kneedler, Counsel for Defendant, in the filing of this document.

Executed on December 4, 2014, in San Francisco, CA.

                                        */s/ Jennifer Lynch*
                                        Jennifer Lynch

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  ___12/5/2014___       _____
                                          Hon. Claudia Wilken
                                          Chief United States District Judge